lmv

103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

PAUL M. DUTHU, ET AL              *

        VS                        *    C.A. NO. B96 191

RUBEN PENA, ET AL                 *

## MEMORANDUM OPINION AND ORDER

Defendants PENA, JONES, GALLIGAN, KEY; JONES, GALLIGAN, KEY & LOZANO, L.L.P.; NEAL P. KING; and KING & PENA have filed Motions to Dismiss or for Summary Judgment pursuant to Rules 12(b) and 56, F.R.Civ.P. based on the expiration of the statute of limitations prior to the filing of this action.

Plaintiffs' claims, it is clear, were in existence at the very latest by July 26, 1989. The Complaint was filed on October 28, 1996, seeking damages for legal malpractice and breach of fiduciary duties arising out of guardianships and estate of Rex L. McGarr. The limitations begin when the claimant discovered or should have discovered, through the exercise of reasonable diligence, the facts establishing the elements of the cause of

action. It is clear that accusations by attorney for the Plaintiffs against Defendants were actually asserted in 1988 after that attorney was asked by Plaintiffs to look into the facts. Nothing happened between 1988 and when the suit was filed in 1996. Obviously, Plaintiffs knew or should have known of their alleged causes of action more than four years before the action was commenced.

Having ruled in favor of the Defendants on the limitations issues, the Court need not and does not decide on the issues of (1) the lack of priority of the Plaintiffs to the Defendants nor (2) the issue of the effect of the releases signed by Plaintiffs.

Accordingly, the Defendants' Motion for Summary Judgment is granted and Plaintiffs' Complaint against these Defendants is dismissed with prejudice.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 8TH day of December, 1998.

_____
Stewart A. Newblatt
United States District Judge