lmv

104

United States District Court
Southern District of Texas
ENTERED
DEC 09 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL M. DUTHU, ET AL | * | |
| VS | * | C.A. NO. B96 191 |
| RUBEN PENA, ET AL | * | |

## ADMINISTRATIVE ORDER

Having granted the principal Defendants' Motions for Summary Judgment and the HARLINGEN NATIONAL BANK's separate Motion for Summary Judgment, a number of pending motions remain on file and may not have been decided. They are listed below by docket entry, number and date of filing. They will be dismissed as moot unless they are preserved by the movant by filing a notice as to each motion that shall survive and deserve a ruling by the Court.

2

Said notice shall be filed on or before the ____ day of _____, 1999, with copies to all opposing parties.

| Docket Entry | Date |
|---|---|
| 11 | January 24, 1997 |
| 13 | February 03, 1997 |
| 17 | March 06, 1997 |
| 22 | April 18, 1997 |
| 26 | May 21, 1997 |
| 27 | May 27, 1997 |
| 29 | June 5, 1997 |
| 32 | June 20, 1997 |
| 38 | July 21, 1997 |
| 44 | October 27, 1997 |
| 46 | November 10, 1997 |
| 49 | November 18, 1997 |
| 52 | November 26, 1997 |
| 53 | December 04, 1997 |
| 54 | December 04, 1997 |
| 55 | December 04, 1997 |
| 59 | January 06, 1998 |
| 62 | January 09, 1998 |
| 63 | January 13, 1998 |
| 64 | January 15, 1998 |
| 65 | January 16, 1998 |
| 66 | January 27, 1998 |
| 67 | January 29, 1998 |
| 80 | March 26, 1998 |
| 85 | April 01, 1998 |
| 91 | April 17, 1998 |
| 93 | April 22, 1998 |
| 97 | April 29, 1998 |

Counsel shall also file by the above-stated date a statement as to what claims, if any survive the rulings of even date herewith. If no statement is filed, any and all remaining claims contained in the court file shall be dismissed without prejudice.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this \_\_8th\_\_ day of December, 1998.

_____
Stewart A. Newblatt
United States District Judge