113

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL M. DUTHU, ET AL. | § |
| | § |
| VS. | § |
| | § CIVIL CAUSE NO. B-96-191 |
| RUBEN PENA, INDIVIDUALLY AND | § |
| AS CO-EXECUTOR AND CO- | § |
| TRUSTEE OF THE MCGARR ESTATE | § |
| AND TRUST, ET AL. | § |

## ORDER OF REMAND

CAME ON TO BE HEARD THE Motions to Remand filed by various Defendants in this action. Defendants move that this court remand a state court action removed into this existing action by the state court defendants. Defendants move that this court remand Cause No. 98-02-663-A; Ruben Pena v. Jose Alfredo Jimenez, et al.; in the 107th District Court of Cameron County, Texas (the "State Court Action") to state court. The motions to remand are GRANTED.

A case may be removed from state court to federal court only if the case is one "of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The State Court Action is not one that this court would have original subject matter jurisdiction over. No claims are brought under any federal statutes, nor are there allegations regarding violations of any federal statutory or constitutional provision, either directly or indirectly. Nor is there complete diversity of citizenship of all plaintiffs and all defendants; the plaintiff and most of the defendants in the State Court Action are Texas residents. Because there is no basis for federal jurisdiction, removal is improper.

219114

In addition, the court finds that the claims made in the State Court Action are not compulsory counterclaims to the claims in this action, such that they are properly removed in to this action.

IT IS THEREFORE ORDERED that Cause No. 98-02-663-A; Ruben Pena v. Jose Alfredo Jimenez, et al.; in the 107th District Court of Cameron County, Texas shall be remanded to state court.

IT IS SO ORDERED

Signed the 9th day of July, 1999.

_____
HON. STEWART A. NEWBLATT
UNITED STATES DISTRICT JUDGE

2

219114