114

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL M. DUTHU, ET AL. | § |
| | § |
| VS. | § |
| | § CIVIL CAUSE NO. B-96-191 |
| RUBEN PENA, INDIVIDUALLY AND | § |
| AS CO-EXECUTOR AND CO- | § |
| TRUSTEE OF THE MCGARR ESTATE | § |
| AND TRUST, ET AL. | § |

## FINAL JUDGMENT

The Court enters this Final Judgment as to all claims against Defendants Ruben Pena; Forrest Jones; Robert Galligan; Terry Key; Jones, Galligan, Key & Pena; Neal King; King & Pena (together, "Defendants"); and against Harlingen National Bank (the "Bank").

On or about December 9, 1998, the court entered two memorandum opinions and orders granting summary judgment as to all claims brought by Plaintiffs Ruby, Rex, Paul, Leroy, and Herman Duthu (together, "Plaintiffs") against Defendants and the Bank. On or about January 22, 1999, the court entered a memorandum opinion and order granting summary judgment as to Defendant Robert Pedraza's cross-claims against Ruben Pena, and dismissing the Bank's cross-claim against Ruben Pena without prejudice.

There are claims by Plaintiffs against Robert Pedraza that remain in this case.

The court specifically finds that there is no just reason for delay of the entry of final judgment as to Plaintiffs' claims against Defendants and the Bank, and as to Robert Pedraza's cross-claims against Ruben Pena.

219122

The court therefore directs the clerk to enter this, a FINAL JUDGMENT, as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants Ruben Pena; Forrest Jones; Robert Galligan; Terry Key; Jones, Galligan, Key & Pena; Neal King; King & Pena are DISMISSED WITH PREJUDICE. Plaintiffs shall take nothing by their suit against Defendants Ruben Pena; Forrest Jones; Robert Galligan; Terry Key; Jones, Galligan, Key & Pena; Neal King; and King & Pena.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant Harlingen National Bank are DISMISSED WITH PREJUDICE. Plaintiffs shall take nothing by their suit against Defendant Harlingen National Bank, and all court costs previously incurred herein by Harlingen National Bank are assessed against the Plaintiffs.

IT IS ORDERED, ADJUDGED, AND DECREED that Robert Pedraza's cross-claims against Defendant Ruben Pena are DISMISSED WITH PREJUDICE. Defendant Robert Pedraza shall take nothing by his claims against Defendant Ruben Pena.

IT IS ORDERED, ADJUDGED, AND DECREED that Harlingen National Bank's cross-claim against Ruben Pena is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED

Signed the 9th day of July, 1999.

_____
HON. STEWART A. NEWBLATT
UNITED STATES DISTRICT JUDGE

2

219122